PROB 12B
(7/93)

Report Date: April 8, 2008

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 10 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Jeffery Allan Wolfe          Case Number: 2:03CR00060-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 11/18/2004          Type of Supervision:

Original Offense: Felon in Possession of Firearms          Date Supervision Commenced: 3/5/2008
and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 70 Months; TSR - 36          Date Supervision Expires: 3/4/2011
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from alcohol and illegal controlled substances and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Jeffery Wolfe was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Wolfe has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4-8-08

Tommy R.

U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

4/10/08
_____
Date