PROB 12C  
(7/93)

Report Date: March 23, 2010

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 6 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender:  Jeffery Allan Wolfe          Case Number:  2:03CR00060-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence:  11/18/2004

Original Offense:     Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 70 Months; TSR - 36 Months          Type of Supervision:  Supervised Release

Asst. U.S. Attorney:  Aine Ahmed           Date Supervision Commenced:  3/7/2008

Defense Attorney:     Federal Defenders    Date Supervision Expires:  3/6/2011

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Jeffery Wolfe violated conditions of supervised release by being contacted by law enforcement for behavior which constitutes a new law violation on March 18, 2010. Mr. Wolfe called the undersigned officer following contact with law enforcement on the above-referenced date to advise that he was served an active search warrant at his wife's place of residence. The offender was contacted during the search by law enforcement officer at 2018 W. Augusta, Spokane, Washington. According to Mr. Wolfe, less than 1 pound of marijuana was located and seized from the residence. Jeffery Wolfe was not arrested as a result of the aforementioned law enforcement activity.<br><br>Following contact with the offender, the undersigned officer established contact with the lead detective from the Spokane County Sheriff's Office relative to the aforementioned incident. The officer corroborated information reported by Mr. Wolf.<br><br>On March 19, 2010, Jeffery Wolfe reported to the U.S. Probation Office as directed. At that time, he was questioned about his involvement in the alleged new law violation. Mr. Wolfe admitted that the marijuana seized at his wife's residence belonged to him. He also indicated |

Prob12C
Re: Wolfe, Jeffery Allan
March 23, 2010
Page 2

       that he was involved in selling marijuana for approximately 8 weeks. As noted previously, the offender was not arrested as a result of the incident.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/23/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/26/10

Date